■ JOSEPHINE ALONGE, Appellant, v TOWN SPORTS INTERNATIONAL HOLDINGS, INC., et al., Respondents. [11 NYS3d 64]—

Order, Supreme Court, New York County (Paul Wooten, J.), entered February 25, 2014, which granted defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Plaintiff is barred by the doctrine of primary assumption of risk from seeking damages for injuries suffered when another person in a "boot camp" exercise group ran into her. Plaintiff participated in the group exercise every Saturday for approximately a year, and after observing the open and obvious risk of running into participants in the class during drill exercises, and after fully appreciating the risk of colliding with other participants, plaintiff nonetheless elected to participate in the activity, thereby assuming the risk that resulted in her injuries (*see Morgan v State of New York*, 90 NY2d 471, 484 [1997]; *Turcotte v Fell*, 68 NY2d 432, 437-439 [1986]; *Roberts v Boys & Girls Republic, Inc.*, 51 AD3d 246, 247-248 [2008], *affd* 10 NY3d 889 [2008]). Concur—Acosta, J.P., Renwick, Moskowitz, Manzanet-Daniels and Feinman, JJ.